ARTHUR PELCHER, Appellant, v. LEO J. VOLKMAR and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

HELEN PELCHER, an Infant, etc., Appellant, v. LEO J. VOLKMAR and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.